No. 70–1.   GROVE PRESS, INC., ET AL. *v.* FLASK ET AL. Appeal from D. C. N. D. Ohio.   Judgment vacated and

case remanded for further consideration in light of *Miller v. California, ante,* p. 15; *Paris Adult Theatre I v. Slaton, ante,* p. 49; *Kaplan v. California, ante,* p. 115; *United States v. 12 200-ft. Reels Film, ante,* p. 123; *United States v. Orito, ante,* p. 139; *Heller v. New York, ante,* p. 483; *Roaden v. Kentucky, ante,* p. 496; and *Alexander v. Virginia, ante,* p. 836. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would vacate the judgment and remand case for further proceedings not inconsistent with his dissent in *Paris Adult Theatre I v. Slaton, ante,* p. 73. See *Miller v. California, ante,* p. 47. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this appeal.